This memorandum opinion was not selected for publication in the New Mexico Reports. Please see Rule 12-405 NMRA for restrictions on the citation of unpublished memorandum opinions. Please also note that this electronic memorandum opinion may contain computer-generated errors or other deviations from the official paper version filed by the Court of Appeals and does not include the filing date.

# IN THE COURT OF APPEALS OF THE STATE OF NEW MEXICO

**ARCHIBALD A. SPROUL and**
**LISA MCFADDEN SPROUL,**

Plaintiffs,

v.                                                                          **NO. 31,125**

**ROB & CHARLIES, INC.,**
**GT BICYCLES, INC., PACIFIC**
**CYCLES, INC., and ISHIWATA,**

Defendants,

and

**ROB & CHARLIES, INC.,**

Third Party Plaintiff-Appellant,

v.

**JOY INDUSTRIAL CO., LTD.,**

Third Party Defendant-Appellee,

and

**J&B IMPORTS, INC., QUALITY**
**BICYCLE PRODUCTS, INC., and**
**DOREL INDUSTRIES, INC.,**

Third Party Defendants.

**APPEAL FROM THE DISTRICT COURT OF SANTA FE COUNTY**
**Barbara J. Vigil, District Judge**

Kenneth C. Downes & Associates, P.C.
Kenneth C. Downes
Corrales, NM

Steven C. Henry
Corrales, NM

for Plaintiffs

Hatcher & Tebo, P.A.
Scott P. Hatcher
Christopher J. Tebo
Santa Fe, NM

for Appellant

McClaugherty & Silver, P.C.
Joe L. McClaugherty
Tamara Safarik
Santa Fe, NM

for Appellee

Guebert Bruckner, P.C.
Terry Guebert
Albuquerque, NM

for Defendant/Third Party Defendant

**MEMORANDUM OPINION**

**VANZI, Judge.**

Summary dismissal was proposed for the reasons stated in the notice of proposed summary disposition. No memorandum opposing summary dismissal has been filed and the time for doing so has expired.

DISMISSED.

**IT IS SO ORDERED.**

_____

**LINDA M. VANZI, Judge**

**WE CONCUR:**

_____

**JAMES J. WECHSLER, Judge**

_____

**MICHAEL E. VIGIL, Judge**